UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

IN RE: CHERYL ANN FLUGENCE					CASE #04-52152

							CHAPTER 13

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

AXIS SURPLUS INSURANCE COMPANY			ADV. PROC. NO. _____
GREAT WEST CASUALTY COMPANY
A & R TRANSPORT, INC.
KENT SERRET

      PLAINTIFFS

VERSUS

CHERYL ANN FLUGENCE

      DEFENDANT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**COMPLAINT FOR DECLARATORY JUDGMENT**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOW INTO COURT**, through undersigned counsel, come Axis Surplus Insurance Company, Great West Casualty Company, A & R Transport, Inc. and Kent Serret, which respectfully submit the following:

1

1.

Made defendant herein is Cheryl Ann Flugence, a person of the full age of majority and a debtor in the above-captioned Chapter 13 bankruptcy proceeding.[1]

2.

This Court has subject matter jurisdiction over this Complaint pursuant to 28 USC §1334.

3.

This matter is a core proceeding within the meaning of 28 USC §157(b)(2)(A) and §157(b)(2)(O).

4.

Venue is proper pursuant to 28 USC §1409(a).

5.

The above-captioned debtor, Cheryl Ann Flugence ("Flugence"), filed for relief under Chapter 13 of the United States Bankruptcy Code on September 1, 2004. Her initial Chapter 13 Plan was filed the same day.[2]

6.

On March 18, 2007, Flugence was a passenger involved in a motor vehicle accident in Broussard, Louisiana at the corner of Morgan Street and US 90. The incident occurred when Kent Serret, driving a 2007 Peterbuilt Tractor Trailer owned by A & R Transport, Inc. impacted the right rear of the vehicle Flugence was riding in[3]

---

[1] See Initial Bankruptcy Filings Attached as Exhibit "1."

[2] *Id.*

[3] See Flugence's Petition for Damages and First Supplemental and Amending Petition, attached *in globo* as Exhibit "2."

2

7.

On April 11, 2007, upon referral of her attorney, Flugence began to treat with Dr. John Humphries for injuries allegedly sustained in the aforementioned accident.[4]

8.

On April 16, 2007, Flugence's attorney agreed to be responsible for Dr. Humphries fees in relation to his treatment of Ms. Flugence and provided a medical authorization signed by Flugence stating that it was for among other things "Legal Investigation or Action."[5]

9.

A little over two months later, on June 28, 2007, Flugence amended her Chapter 13 Plan in writing in order to keep her tax refund, extending her plan from a 39-month case to a 47-month case.

10.

The amended plan did not mention a potential lawsuit arising out of her automobile accident even though two months earlier she had been seen by a physician at her attorney's direction.[6]

11.

On March 10, 2008, Flugence, through her attorney, filed suit against Great West Casualty Company, A & R Transportation, Inc. and Ken Serrett (Axis Surplus Insurance was later added to the suit).[7] Flugence claims that she suffered serious and permanently disabling injuries as a result of the accident and seeks past, present and future medical expenses, lost wages, loss of earning

---

[4]Correspondence to/from Dr. Humphries and Flugences' counsel, attached *in globo* as Exhibit "3."

[5]*Id.*

[6]See 2nd Amended-Order Confirming Chapter 13 Plan (with attachments), attached as Exhibit "4."

[7]Exhibit "2."

3

capacity, as well as general damages, including pain and suffering, mental anguish, etc.[8] Settlement demands from her attorney have exceeded $2,000,000.00.[9]

12.

On November 14, 2008, Flugence was granted a discharge of all personal liability for her outstanding debts.[10]

13.

In her bankruptcy proceedings, Cheryl Ann Flugence failed to identify this claim as a contingent asset, thereby denying her creditors of an interest in said claim. Flugence used a different spelling of her first name, "Sheral," in her personal injury suit.

14.

Plaintiffs, Axis Surplus Insurance Company, Great West Casualty Company, A & R Transport, Inc. and Kent Serret, allege that Cheryl Ann Flugence is judicially estopped from prosecuting her personal injury suit in state court, and Plaintiffs seek a Declaratory Judgment from this Honorable Court, applying the doctrine of judicial estoppel in accordance with applicable law [in particular *In re Superior Crewboats, Inc.*, 374 F.3d 330 (5th Cir. 2004)] and declaring that the state court personal injury lawsuit is to be dismissed.[11]

15.

On October 6, 2010, this Honorable Court re-opened Ms. Flugence's bankruptcy claim so

---

[8]*Id.*

[9]See plaintiff counsel's settlement demand, attached as Exhibit "5."

[10]See Motion and Notice of Discharge, Discharge Order, and Trustee's Final Report and Account, attached as Exhibit "6."

[11]*In re Superior Crewboats, Inc.*, 374 F.3d 330 (5th Cir. 2004), attached as Exhibit "7."

that this adversary proceeding could be filed.

WHEREFORE, Plaintiffs, Axis Surplus Insurance Company, Great West Casualty Company, A & R Transport, Inc. and Kent Serret, after due proceedings are had, pray for a declaratory judgment in their favor and against Cheryl Ann Flugence, declaring that the doctrine of judicial estoppel prohibits Cheryl Ann Flugence from prosecuting her personal injury claim against them.

| | |
|---|---|
| s/ Hilliard F. Kelly, III | s/ James M. Dill |
| MICHAEL R. SISTRUNK (12111) | JAMES M. DILL (18868) |
| KYLE P. KIRSCH (26363) | THE DILL FIRM, A.P.L.C. |
| HILLIARD F. KELLY, III (25741) | 825 Lafayette Street |
| McCRANIE, SISTRUNK, ANZELMO, | Post Office Box 3324 |
| HARDY, McDANIEL & WELCH, L.L.C. | Lafayette, Louisiana 70502-3324 |
| 3445 N. Causeway Blvd, Suite 800 | Telephone: (337) 261-1408 |
| Metairie, Louisiana 70002 | ATTORNEY FOR DEFENDANTS |
| Telephone: (504) 831-0946 | GREAT WEST CASUALTY CO., |
| ATTORNEYS FOR DEFENDANT | A & R TRANSPORT, INC. AND |
| AXIS SURPLUS INSURANCE COMPANY | KENT SERRET |

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing was served on Keith A. Rodriguez, The Office of the U.S. Trustee, 300 Fannin Street, Suite 3196, Shreveport, Louisiana 71101, Nicholas Blanda, Anderson & Dozier, 2010 W. Pinhook Road, Lafayette, Louisiana 70508, William C. Vidrine, 711 W. Pinhook Road, Lafayette, Louisana 70503 and Cheryl A. Flugence, 303 Lauren St., Scott, Louisiana 70583 via U.S. Mail, postage prepaid and properly addressed this 17th day of January, 2011.

                                        s/Hilliard F. Kelly, III
                                        MICHAEL R. SISTRUNK (12111)
                                        KYLE P. KIRSCH (26363)
                                        HILLIARD F. KELLY, III (25741)
                                        McCRANIE, SISTRUNK, ANZELMO,
                                        HARDY, McDANIEL & WELCH, L.L.C.
                                        3445 N. Causeway Blvd, Suite 800
                                        Metairie, Louisiana 70002
                                        Telephone: (504) 831-0946
                                        ATTORNEYS FOR DEFENDANT
                                        AXIS SURPLUS INSURANCE COMPANY
                                        msistrunk@mcsalaw.com
                                        kkirsch@mcsalaw.com
                                        tkelly@mcsalaw.com