**SO ORDERED.**

**SIGNED September 09, 2011.**



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

IN RE: CHERYL ANN FLUGENCE                        CASE #04-52152

                                                                                                           CHAPTER 13

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

AXIS SURPLUS INSURANCE COMPANY                   ADV. PROC. NO. 11-05001
GREAT WEST CASUALTY COMPANY
A & R TRANSPORT, INC.
KENT SERRET

        PLAINTIFFS

VERSUS

CHERYL ANN FLUGENCE

        DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# PROPOSED ORDER

Considering the foregoing Motion;

**IT IS ORDERED** by this Court that defendant, State Farm Fire and Casualty Company, be granted leave to file a Supplemental Memorandum in Support of Rule 12 C Motion for Judgment on the Pleadings.

### 

Order Prepared By:

| | |
|---|---|
| /s/ Hilliard F. Kelly, III<br>MICHAEL R. SISTRUNK (12111)<br>KYLE P. KIRSCH (26363)<br>HILLIARD F. KELLY, III (25741)<br>McCRANIE, SISTRUNK, ANZELMO,<br> HARDY, McDANIEL & WELCH, L.L.C.<br>3445 N. Causeway Blvd, Suite 800<br>Metairie, Louisiana 70002<br>Telephone: (504) 831-0946<br>ATTORNEYS FOR DEFENDANT<br>AXIS SURPLUS INSURANCE COMPANY | /s/ James M. Dill<br>JAMES M. DILL (18868)<br>THE DILL FIRM, A.P.L.C.<br>825 Lafayette Street<br>Post Office Box 3324<br>Lafayette, Louisiana 70502-3324<br>Telephone: (337) 261-1408<br>ATTORNEY FOR DEFENDANTS<br>GREAT WEST CASUALTY CO.,<br>A & R TRANSPORT, INC. AND<br>KENT SERRET |