**SO ORDERED.**

**SIGNED November 14, 2011.**



_____
**ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE**

_____

```
              UNITED STATES BANKRUPTCY COURT
               WESTERN DISTRICT OF LOUISIANA
                LAFAYETTE-OPELOUSAS DIVISION

IN RE: CHERYL ANN FLUGENCE                CASE NO. 04 BK-52152

   Debtor                                 CHAPTER 13
****************************************************************
GREAT WEST CASUALTY COMPANY,
A&R TRANSPORT, INC., KENT SERRET
AND AXIS SPECIALTY INSURANCE COMPANY

VERSUS                                    CASE NO. 11 AP-5001

SHERAL A. FLUGENCE AND
KEITH RODRIGUEZ, TRUSTEE OF
THE CHAPTER 13 BANKRUPTCY
ESTATE OF SHERAL A. FLUGENCE
****************************************************************
```

### JUDGMENT

This matter came up for before this Court on September 21, 2011 on the following Motions:

    (1)   Motion for Summary Judgment filed by Cheryl Ann Flugence (D-14);

    (2)   Motion for Judgment on the Pleadings filed by A & R Transport, Inc., Axis Surplus Insurance Company, Great West Casualty Company and Kent Serret (D-19); and

(3) Motion to Abstain and Motion for Remand filed by Cheryl Ann Flugence (D-\*\*).

Present in open Court were:

James M. Dill and Kyle P. Kirsch representing A & R Transport, Inc., Axis Surplus Insurance Company, Great West Casualty Company and Kent Serret;

Nicholas Blanda and D. Patrick Keating representing Cheryl Ann Flugence;

Cheryl Ann Flugence, the Debtor; and

Hamilton Chauvin, attorney for Keith Rodriguez, Chapter 13 Trustee.

Prior to the commencement of the hearing, Cheryl Ann Flugence withdrew her Motion to Abstain and Motion to Remand.

After consideration of all pleadings, memoranda, evidence and arguments of counsel and for reasons assigned orally in open Court:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment filed by Cheryl Ann Flugence is GRANTED IN PART and DENIED IN PART. The Trustee shall not be estopped from pursuing the personal injury claim of Cheryl Ann Flugence arising from the March 18, 2007 tractor trailer accident (hereinafter the "personal injury claim") in State Court. Cheryl Ann Flugence, individually, shall be estopped from receiving any money that may awarded in the State Court personal injury claim.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Motion for Judgment on the Pleadings filed by Axis Surplus Insurance Company, A&R Transport, Inc., Great West Casualty Company and Kent Serret is GRANTED IN PART and DENIED IN PART. Cheryl Ann Flugence, individually, shall be estopped from receiving any money that may be awarded in the State Court personal injury claim. Judicial estoppel does not bar the Trustee from pursuing the State Court personal injury claim of Cheryl Ann Flugence. Further, judicial estoppel does not bar the recovery of any amounts due to her personal injury counsel (Anderson Law Office) pursuant to

the contingency fee contract approved by the Court's November 18, 2010 Order approving the Trustee's Motion to Employ.  Any such amounts are subject to court approval under the November 18, 2010 Order.

# # #

Order prepared by:

D. Patrick Keating
The Keating Firm, APLC
Attorney for Cheryl Ann Flugence
P.O. Box 3426
Lafayette, LA  70502
Phone: (337) 354-2464
Email: rick@thekeatingfirm.com


Order approved by:

Nicholas A. Blanda
Anderson & Dozier
Attorney for Cheryl Ann Flugence
P.O. Box 82008
Lafayette, LA  70598
Phone: (337) 233-3366

Keith Rodriguez
Chapter 13 Trustee
P.O. Box 3445
Lafayette, LA  70502
Phone: (337) 233-4413